AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pollak, Cheryl L. | U.S. District Court, E.D.N.Y. | 07/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Morgan Lewis & Bockius - partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 2. Rental Property (Kiawah Island, SC 2010 $1.8 million) | E | Rent | P1 | R | | | | | |
| 3. AB Discovery Growth Fund | A | Dividend | L | T | Sold (part) | 02/12/18 | J | A | |
| 4. | | | | | Sold (part) | 09/14/18 | J | A | |
| 5. | | | | | Sold (part) | 12/12/18 | J | A | |
| 6. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 7. AB Discovery Value Fund | A | Dividend | L | T | Sold (part) | 02/12/18 | J | A | |
| 8. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 9. AB Emerging Markets Portfolio (formerly Bernstein Emerging Mrkts Port) | A | Dividend | L | T | Buy (add'l) | 09/14/18 | J | | |
| 10. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 11. AB International Small Cap Portfolio | B | Dividend | M | T | Buy (add'l) | 02/12/18 | K | | |
| 12. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 13. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 14. AB International Stratetic Equities Portfolio | D | Dividend | N | T | Buy (add'l) | 02/12/18 | L | | |
| 15. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 16. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 17. AB Multi-manager Alt Fd | A | Dividend | N | T | Buy (add'l) | 12/29/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AB Small Cap Core Portfolio | A | Dividend | L | T | Sold (part) | 02/12/18 | J | A | |
| 19. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 20. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 21. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 22. AB Wealth Appreciation Strategy - Advisor Class | B | Dividend | M | T | Sold (part) | 01/23/18 | J | A | |
| 23. | | | | | Sold (part) | 04/23/18 | J | A | |
| 24. | | | | | Sold (part) | 07/23/18 | J | A | |
| 25. | | | | | Sold (part) | 10/22/18 | J | A | |
| 26. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 27. Adobe Inc. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 28. AETNA | A | Dividend | | | Sold (part) | 04/02/18 | J | A | |
| 29. | | | | | Sold | 11/29/18 | K | A | |
| 30. Alphabet Inc. Class A | A | Dividend | J | T | | | | | |
| 31. Alphabet Inc. Class C | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 32. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 33. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 34. | | | | | Buy (add'l) | 04/02/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 36. | | | | | Sold (part) | 08/17/18 | J | B | |
| 37. | | | | | Sold (part) | 09/07/18 | J | B | |
| 38. | | | | | Sold (part) | 09/14/18 | J | A | |
| 39. | | | | | Sold (part) | 09/24/18 | J | A | |
| 40. | | | | | Sold (part) | 10/11/18 | J | A | |
| 41. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 42. American Beacon | A | Dividend | L | T | Buy (add'l) | 02/01/18 | K | | |
| 43. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 44. | | | | | Buy (add'l) | 04/03/18 | K | | |
| 45. | | | | | Buy (add'l) | 05/01/18 | L | | |
| 46. | | | | | Sold (part) | 12/18/18 | M | D | |
| 47. | | | | | Sold (part) | 12/26/18 | M | A | |
| 48. American Electric Power | B | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 49. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 50. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 51. | | | | | Buy (add'l) | 07/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 53. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 54. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 55. American International Group | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 56. | | | | | Sold (part) | 02/12/18 | J | A | |
| 57. | | | | | Sold (part) | 06/05/18 | J | A | |
| 58. | | | | | Sold (part) | 06/14/18 | J | A | |
| 59. | | | | | Sold | 06/15/18 | J | A | |
| 60. AMG GW&K Small Cap | A | Dividend | O | T | | | | | |
| 61. Anthem Inc. | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 62. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 63. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 64. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 65. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 66. Apple Inc. | A | Dividend | K | T | Sold (part) | 02/12/18 | J | B | |
| 67. | | | | | Sold (part) | 04/18/18 | J | B | |
| 68. | | | | | Sold (part) | 05/02/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/11/18 | J | C | |
| 70. | | | | | Sold (part) | 09/14/18 | J | B | |
| 71.    Autozone | A | Dividend | K | T | Buy | 05/03/18 | J | | |
| 72. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 73. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 74. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 75. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 76.    Bank of America | A | Dividend | K | T | Sold (part) | 09/28/18 | J | A | |
| 77. | | | | | Sold (part) | 10/08/18 | J | A | |
| 78. | | | | | Sold (part) | 10/12/18 | J | A | |
| 79. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 80. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 81.    Berkshire Hathaway Inc. | D | Dividend | K | T | Buy (add'l) | 07/19/18 | J | | |
| 82. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 83. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 84. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 85. | | | | | Buy (add'l) | 08/02/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 87. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 88. Bernstein Emerging Markets Portfolio | A | Dividend | L | T | Buy (add'l) | 09/14/18 | J | | |
| 89. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 12/29/17 | J | | |
| 90. | | | | | Buy (add'l) | 01/16/18 | N | | |
| 91. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 92. | | | | | Sold (part) | 01/23/18 | J | A | |
| 93. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 94. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 95. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 96. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 97. | | | | | Sold (part) | 04/23/18 | J | A | |
| 98. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 99. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 100. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 101. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 102. | | | | | Sold (part) | 07/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 104. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 105. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 106. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 107. | | | | | Sold (part) | 10/22/18 | J | A | |
| 108. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 109. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 110. Bernstein Tax Managed International Portfolio | C | Dividend | M | T | Buy (add'l) | 12/12/18 | J | | |
| 111. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 10/31/18 | J | | |
| 112. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 113. Bernstein Tax-Aware Overlay N Portfolio Class I ((no control) | D | Dividend | P1 | T | Buy (add'l) | 03/07/18 | M | | |
| 114. | | | | | Buy (add'l) | 12/19/18 | K | | |
| 115. Biogen Inc. | A | Dividend | J | T | Sold (part) | 04/27/18 | J | A | |
| 116. | | | | | Sold (part) | 09/14/18 | J | A | |
| 117. Black Knight Inc. | A | Dividend | | | Sold | 08/01/18 | J | A | |
| 118. Blackrock High Yield | A | Dividend | O | T | Buy (add'l) | 02/02/18 | K | | |
| 119. | | | | | Buy (add'l) | 03/01/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/03/18 | K | | |
| 121. | | | | | Buy (add'l) | 05/01/18 | K | | |
| 122. Boeing Co. | A | Dividend | K | T | Sold (part) | 07/30/18 | J | A | |
| 123. | | | | | Sold (part) | 09/14/18 | J | A | |
| 124. Booking Holdings Inc. | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 125. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 126. Broadridge Financial Solution | A | Dividend | | | Buy | 10/23/18 | J | | |
| 127. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 128. | | | | | Sold (part) | 12/26/18 | J | | |
| 129. | | | | | Sold | 12/27/18 | J | A | |
| 130. Capital One Financial Corp. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | B | |
| 131. Carnival Corp. | A | Dividend | | | Buy | 04/04/18 | J | | |
| 132. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 133. | | | | | Sold (part) | 07/19/18 | J | A | |
| 134. | | | | | Sold | 07/20/18 | J | A | |
| 135. CBS Corp. | A | Dividend | | | Sold (part) | 05/07/18 | J | A | |
| 136. | | | | | Sold | 05/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CBRE Group Inc. | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 138. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 139. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 140. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 141. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 142. | | | | | Sold (part) | 10/31/18 | J | A | |
| 143. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 144. CDW Corp. | A | Dividend | J | T | Sold (part) | 06/08/18 | J | A | |
| 145. | | | | | Sold (part) | 06/14/18 | J | A | |
| 146. | | | | | Sold (part) | 09/14/18 | J | A | |
| 147. Cerner Corp. | A | Dividend | | | Sold (part) | 02/12/18 | J | A | |
| 148. | | | | | Sold (part) | 04/10/18 | J | A | |
| 149. | | | | | Sold (part) | 05/11/18 | J | A | |
| 150. | | | | | Sold | 05/15/18 | J | A | |
| 151. Chevron Corp. | A | Dividend | K | T | Buy | 01/11/18 | J | | |
| 152. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 153. | | | | | Buy (add'l) | 01/19/18 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/22/18 | J | | |
| 155. Cigna Corp. | A | Dividend | J | T | Sold (part) | 04/02/18 | J | A | |
| 156. | | | | | Sold (part) | 09/28/18 | J | A | |
| 157. Cintas Corp. | F | Dividend | L | T | | | | | |
| 158. Cimarex Energy Co. | A | Dividend | | | Sold | 02/09/18 | J | A | |
| 159. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 09/14/18 | J | A | |
| 160. Citibank-Checking | B | Interest | K | T | | | | | |
| 161. Citibank Insured Money Mkt Acct. (IRA - CD) | A | Interest | J | T | | | | | |
| 162. Citibank Insured Money Mkt. Acct. (IRA - Solomon) | A | Interest | K | T | | | | | |
| 163. Citibank Insured Money Mkt Acct. (IRA) | A | Interest | J | T | | | | | |
| 164. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 165. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 166. Citigroup, Inc. | A | Dividend | | | Buy | 01/18/18 | K | | |
| 167. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 168. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 169. | | | | | Sold (part) | 04/18/18 | J | A | |
| 170. | | | | | Buy (add'l) | 06/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/19/18 | J | A | |
| 172. | | | | | Sold (part) | 08/01/18 | J | A | |
| 173. | | | | | Sold (part) | 09/14/18 | J | A | |
| 174. | | | | | Sold (part) | 11/08/18 | J | A | |
| 175. | | | | | Sold (part) | 12/11/18 | J | A | |
| 176. | | | | | Sold | 12/26/18 | J | A | |
| 177. CME Group, Inc. | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 178. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 179. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 180. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 181. | | | | | Sold (part) | 11/26/18 | J | A | |
| 182. Cognizant Tech Solutions | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 183. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 184. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 185. | | | | | Sold (part) | 09/10/18 | J | A | |
| 186. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 187. Comcast Corp. | A | Dividend | K | T | Buy (add'l) | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 189. | | | | | Sold (part) | 09/14/18 | J | A | |
| 190. Continental Resources Inc. | A | Dividend | J | T | Sold (part) | 09/14/18 | J | A | |
| 191. Constellation Brands Inc. | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 192. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 193. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 194. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 195. Costco Wholesale Corp. | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 196. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 197. Crown Castle Int'l Corp. | A | Dividend | | | Sold (part) | 02/12/18 | J | A | |
| 198. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 199. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 200. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 201. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 202. | | | | | Sold (part) | 10/18/18 | J | A | |
| 203. | | | | | Sold (part) | 10/22/18 | J | A | |
| 204. | | | | | Sold | 10/25/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Cubesmart | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 206. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 207. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 208. | | | | | Sold (part) | 09/14/18 | J | | |
| 209. CVS Health Corp. | A | Dividend | | | Buy | 11/29/18 | J | | |
| 210. | | | | | Sold (part) | 12/10/18 | J | A | |
| 211. | | | | | Sold | 12/21/18 | J | A | |
| 212. Delta Air Lines, Inc. | A | Dividend | J | T | | | | | |
| 213. Devon Energy Corp. | A | Dividend | | | Sold (part) | 02/22/18 | J | A | |
| 214. | | | | | Sold | 07/18/18 | J | B | |
| 215. DFA US Small Cap Port Inst. | A | Dividend | M | T | | | | | |
| 216. Dollar General Corp. | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 217. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 218. Dow DuPont Inc. | A | Dividend | | | Sold (part) | 04/19/18 | J | A | |
| 219. | | | | | Sold (part) | 07/19/18 | J | A | |
| 220. | A | Dividend | | | Sold (part) | 07/20/18 | J | A | |
| 221. | | | | | Sold (part) | 07/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 07/24/18 | J | A | |
| 223. Eaton Corp. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 224. | | | | | Sold (part) | 04/03/18 | J | B | |
| 225. | | | | | Sold (part) | 05/03/18 | J | A | |
| 226. Ebay Inc. | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 227. | | | | | Sold (part) | 02/12/18 | J | B | |
| 228. | | | | | Sold (part) | 09/28/18 | J | B | |
| 229. Edison International | A | Dividend | | | Sold (part) | 02/21/18 | J | A | |
| 230. | | | | | Sold (part) | 09/14/18 | J | A | |
| 231. | | | | | Sold (part) | 11/14/18 | J | A | |
| 232. | | | | | Sold | 11/15/18 | J | A | |
| 233. Edwards Lifesciences | A | Dividend | J | T | Sold (part) | 01/03/18 | J | A | |
| 234. | | | | | Sold (part) | 02/12/18 | J | A | |
| 235. | | | | | Sold (part) | 06/05/18 | J | A | |
| 236. | | | | | Sold (part) | 08/17/18 | J | B | |
| 237. Empire State Municipal Exempt Fund (Y) | | | | | | | | | |
| 238. EOG RES Inc. | A | Dividend | K | T | Sold (part) | 06/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Everest Re Group Ltd. | A | Dividend | K | T | Buy (add'l) | 03/02/18 | J | | |
| 240. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 241. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 242. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 243. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 244. | | | | | Sold (part) | 11/14/18 | J | A | |
| 245. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 246. Exelon | A | Dividend | J | T | | | | | |
| 247. Exxon Mobil Corp. | A | Dividend | K | T | Buy (add'l) | 08/01/18 | J | | |
| 248. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 249. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 250. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 251. Facebook Inc. | A | Dividend | K | T | Sold (part) | 02/12/18 | J | B | |
| 252. | | | | | Sold (part) | 08/01/18 | J | B | |
| 253. | | | | | Sold (part) | 09/07/18 | J | A | |
| 254. Fiserv Inc. | A | Dividend | J | T | Sold (part) | 01/17/18 | J | C | |
| 255. | | | | | Sold (part) | 02/12/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. FNF Group | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 257. Fidelity National Information | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 258. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 259. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 260. Garrett Motion Inc. | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 261. | | | | | Sold (part) | 12/06/18 | J | A | |
| 262. Gilead Sciences Inc. | A | Dividend | J | T | Sold (part) | 04/05/18 | J | A | |
| 263. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 264. Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 03/01/18 | J | A | |
| 265. | | | | | Sold (part) | 11/08/18 | J | A | |
| 266. | | | | | Sold (part) | 12/11/18 | J | A | |
| 267. | | | | | Sold | 12/26/18 | J | A | |
| 268. GP Strategies Corp. | | None | J | T | | | | | |
| 269. Harding Loevner Int'l Eqty Port Inst. | A | Dividend | J | T | Buy (add'l) | 02/02/18 | K | | |
| 270. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 271. | | | | | Buy (add'l) | 04/03/18 | K | | |
| 272. | | | | | Buy (add'l) | 05/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 12/18/18 | N | A | |
| 274. | | | | | Sold (part) | 12/26/18 | N | A | |
| 275. Harding Loevner Emerging Markets | A | Dividend | J | T | Buy | 02/02/18 | K | | |
| 276. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 277. | | | | | Buy (add'l) | 04/03/18 | K | | |
| 278. | | | | | Buy (add'l) | 05/01/18 | L | | |
| 279. | | | | | Sold (part) | 12/18/18 | L | A | |
| 280. Hess Corp. | A | Dividend | | | Buy (add'l) | 02/14/18 | J | | |
| 281. | | | | | Sold | 03/07/18 | J | A | |
| 282. Honeywell International Inc. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | B | |
| 283. | | | | | Sold (part) | 09/14/18 | J | A | |
| 284. HP Inc. | A | Dividend | J | T | Sold (part) | 02/23/18 | J | C | |
| 285. Intel Corp. | A | Dividend | J | T | Sold (part) | 02/16/18 | J | B | |
| 286. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 287. | | | | | Sold (part) | 08/01/18 | J | A | |
| 288. | | | | | Sold (part) | 08/17/18 | J | A | |
| 289. | | | | | Sold (part) | 10/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 291. International Research Insight Series DBT | A | Dividend | M | T | Buy | 02/01/18 | J | | |
| 292. Intuitive Surgical Inc. | A | Dividend | J | T | Sold (part) | 01/29/18 | J | A | |
| 293. | | | | | Sold (part) | 02/12/18 | J | B | |
| 294. | | | | | Sold (part) | 08/20/18 | J | B | |
| 295. | | | | | Sold (part) | 09/20/18 | J | B | |
| 296. Investment Company of America - Mutual Fund (American Fund) | E | Dividend | M | T | | | | | |
| 297. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 298. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 299. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 300. IShares MSCI EAFE Growth ETF | E | Dividend | O | T | Buy | 12/19/18 | J | | |
| 301. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 302. IShares MSCI EAFE Emerging ETF Markets | A | Dividend | M | T | Buy | 12/19/18 | L | | |
| 303. | | | | | Buy (add'l) | 12/26/18 | L | | |
| 304. Ishares MSCI EAFE Value ETF | A | Dividend | J | T | Buy | 12/19/18 | N | | |
| 305. Ishares Russell 1000 (X) | A | Dividend | N | T | | | | | |
| 306. Johnson & Johnson | A | Dividend | L | T | Sold (part) | 02/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Sold (part) | 02/16/18 | J | A | |
| 308. | | | | | Sold (part) | 05/02/18 | J | B | |
| 309. | | | | | Sold (part) | 05/21/18 | J | C | |
| 310. | | | | | Sold (part) | 05/22/18 | J | B | |
| 311. | | | | | Sold (part) | 09/14/18 | J | B | |
| 312. JP Morgan Chase & Co. | B | Dividend | K | T | Sold (part) | 02/23/18 | J | A | |
| 313. | | | | | Sold (part) | 03/28/18 | J | A | |
| 314. | | | | | Sold (part) | 04/19/18 | J | A | |
| 315. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 316. | | | | | Sold (part) | 10/12/18 | J | A | |
| 317. | | | | | Sold (part) | 11/26/18 | J | A | |
| 318. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 319. Kimberly-Clark Corp. | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 320. | | | | | Sold (part) | 01/16/18 | J | A | |
| 321. | | | | | Sold (part) | 01/17/18 | J | A | |
| 322. | | | | | Sold | 01/19/18 | J | A | |
| 323. L-3 Technologies | A | Dividend | J | T | Sold (part) | 01/25/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 03/12/18 | J | A | |
| 325. | | | | | Sold (part) | 06/21/18 | J | A | |
| 326. Lord Abbott Equity Fund (Y) | | | | | | | | | |
| 327. LMP Real Estate Income (Y) | | | | | | | | | |
| 328. LMP Stk Appr. Fund (Y) | | | | | | | | | |
| 329. Lyondellbasell Indu - CL A | A | Dividend | J | T | Buy | 08/20/18 | J | | |
| 330. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 331. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 332. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 333. | | | | | Sold (part) | 12/11/18 | J | A | |
| 334. | | | | | Sold (part) | 12/26/18 | J | A | |
| 335. Magna International Inc. | A | Dividend | J | T | Buy (add'l) | 10/19/18 | J | | |
| 336. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 337. Marathon Petroleum | A | Dividend | J | T | Sold (part) | 05/09/18 | J | B | |
| 338. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 339. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 340. | | | | | Sold (part) | 09/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 10/23/18 | J | A | |
| 342. McDonald's Corp. | A | Dividend | K | T | Sold (part) | 04/26/18 | J | A | |
| 343. | | | | | Sold (part) | 09/14/18 | J | A | |
| 344. McKesson Corp. | A | Dividend | | | Sold (part) | 06/06/18 | J | A | |
| 345. | | | | | Sold (part) | 06/15/18 | J | A | |
| 346. | | | | | Sold | 06/20/18 | J | A | |
| 347. Medtronic | A | Dividend | J | T | | | | | |
| 348. Merck & Co. Inc. | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 349. | | | | | Sold (part) | 04/10/18 | J | A | |
| 350. | | | | | Sold (part) | 04/19/18 | J | A | |
| 351. | | | | | Sold (part) | 06/06/18 | J | A | |
| 352. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 353. Merrill Lynch 5 MITSR 168 mps (Y) | | | | | | | | | |
| 354. Microsoft Corp. | A | Dividend | K | T | Sold (part) | 02/12/18 | J | B | |
| 355. | | | | | Sold (part) | 09/14/18 | J | B | |
| 356. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 357. Mid-America Apartment | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 359. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 360. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 361. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 362. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 363. Morgan Stanley | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 364. Morgan Stanley NY Municipal | A | Dividend | J | T | | | | | |
| 365. National Oilwell Varco Inc. | A | Dividend | | | Buy | 09/18/18 | J | | |
| 366. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 367. | | | | | Sold | 12/06/18 | J | | |
| 368. Nike Inc. | A | Dividend | K | T | | | | | |
| 369. Nisource Inc. | A | Dividend | J | T | Sold (part) | 11/08/18 | J | | |
| 370. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 371. Nokia Corp. | A | Dividend | J | T | Buy (add'l) | 04/06/18 | J | | |
| 372. Norfolk Southern Corp. | A | Dividend | J | T | Buy (add'l) | 03/29/18 | J | | |
| 373. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 374. | | | | | Sold (part) | 04/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 05/14/18 | J | A | |
| 376. | | | | | Sold (part) | 09/28/18 | J | A | |
| 377. Northrop Grumman Corp. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 378. | | | | | Sold (part) | 09/14/18 | J | B | |
| 379. Nuveen New York Quality | A | Interest | J | T | | | | | |
| 380. Oppenheimer Developing Mkts | D | Dividend | N | T | | | | | |
| 381. Oracle Corp. | A | Dividend | K | T | Sold (part) | 05/03/18 | J | A | |
| 382. | | | | | Sold (part) | 06/14/18 | J | A | |
| 383. | | | | | Sold (part) | 08/01/18 | J | A | |
| 384. | | | | | Sold (part) | 09/14/18 | J | A | |
| 385. OshKosh Corp. | A | Dividend | | | Sold | 02/02/18 | J | C | |
| 386. Pepsico Inc. | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 387. | | | | | Sold (part) | 06/12/18 | J | A | |
| 388. | | | | | Sold (part) | 06/14/18 | J | A | |
| 389. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 02/26/18 | J | | |
| 390. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 391. | | | | | Buy (add'l) | 11/30/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Pimco Foreign Bond Fund Institutional | D | Dividend | P1 | T | Buy (add'l) | 01/05/18 | K | | |
| 393. | | | | | Buy (add'l) | 02/02/18 | L | | |
| 394. | | | | | Buy (add'l) | 03/01/18 | L | | |
| 395. | | | | | Buy (add'l) | 04/03/18 | L | | |
| 396. | | | | | Buy (add'l) | 05/01/18 | L | | |
| 397. Pimco High Yield Fund | A | Dividend | N | T | | | | | |
| 398. Priceline Group Inc. | A | Dividend | | | Sold (part) | 02/16/18 | J | B | |
| 399. | | | | | Sold | 02/20/18 | J | B | |
| 400. Procter & Gamble | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 401. | | | | | Sold (part) | 06/12/18 | J | A | |
| 402. | | | | | Sold (part) | 06/14/18 | J | A | |
| 403. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 404. Progressive Corp. | A | Dividend | K | T | Sold (part) | 01/18/18 | J | B | |
| 405. | | | | | Sold (part) | 02/12/18 | J | A | |
| 406. | | | | | Sold (part) | 10/23/18 | J | A | |
| 407. Quest Diagnostics Inc. | A | Dividend | J | T | Sold (part) | 04/17/18 | J | A | |
| 408. | | | | | Sold (part) | 04/19/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 10/25/18 | J | A | |
| 410. Raytheon Company | A | Dividend | J | T | Buy (add'l) | 06/26/18 | J | | |
| 411. | | | | | Sold (part) | 12/26/18 | J | A | |
| 412. REF Partners LP | A | Dividend | L | T | | | | | |
| 413. Regency Centers Corp. | A | Dividend | K | T | Buy | 10/09/18 | J | | |
| 414. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 415. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 416. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 417. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 418. Resideo Technologies Inc. | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 419. Ross Stores Inc. | A | Dividend | K | T | | | | | |
| 420. Royal Dutch Shell | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 421. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 422. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 423. S & P Global Inc. | A | Dividend | J | T | Sold (part) | 08/17/18 | J | A | |
| 424. | | | | | Sold (part) | 09/25/18 | J | A | |
| 425. | | | | | Sold (part) | 09/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 11/26/18 | J | A | |
| 427. Schlumberger Ltd. | A | Dividend | | | Sold (part) | 02/12/18 | J | A | |
| 428. | | | | | Sold (part) | 09/07/18 | J | A | |
| 429. | | | | | Sold | 12/03/18 | J | A | |
| 430. Schwab Breckinridge (no control) | F | Interest | P1 | T | | | | | |
| 431. Schwab Gov't Money Fund | A | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 432. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 433. | | | | | Buy (add'l) | 01/08/18 | N | | |
| 434. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 435. | | | | | Buy (add'l) | 01/30/18 | N | | |
| 436. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 437. | | | | | Sold (part) | 02/02/18 | J | A | |
| 438. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 439. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 440. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 441. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 442. | | | | | Buy (add'l) | 04/03/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 37

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

07/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 444. | | | | | Sold (part) | 05/02/18 | N | A | |
| 445. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 446. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 447. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 448. | | | | | Sold (part) | 06/29/18 | J | A | |
| 449. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 450. | | | | | Sold (part) | 07/03/18 | J | | |
| 451. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 452. | | | | | Sold (part) | 08/09/18 | J | A | |
| 453. | | | | | Sold (part) | 08/13/18 | J | A | |
| 454. Schwab S&P 500 Index | C | Dividend | O | T | Buy (add'l) | 01/05/18 | L | | |
| 455. | | | | | Buy (add'l) | 02/02/18 | L | | |
| 456. | | | | | Buy (add'l) | 03/01/18 | L | | |
| 457. | | | | | Buy (add'l) | 04/03/18 | L | | |
| 458. | | | | | Buy (add'l) | 05/01/18 | K | | |
| 459. | | | | | Sold (part) | 08/16/18 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 37

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

07/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | | Sold (part) | 12/07/18 | K | A | |
| 461. Schwab Value Advantage Money Fund | A | Dividend | L | T | Sold (part) | 01/04/18 | M | | |
| 462. | | | | | Sold (part) | 02/01/18 | N | A | |
| 463. | | | | | Sold (part) | 02/28/18 | N | A | |
| 464. | | | | | Buy (add'l) | 03/06/18 | N | | |
| 465. | | | | | Sold (part) | 04/02/18 | N | A | |
| 466. | | | | | Sold (part) | 09/18/18 | L | A | |
| 467. Seligman Communication - Mutual Fund (Y) | | | | | | | | | |
| 468. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 469. Sun Communities Inc. | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 470. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 471. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 472. Synchrony Financial | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 473. Sysco Corp. | A | Dividend | J | T | Buy | 12/28/18 | J | | |
| 474. T-Mobile US Inc. | A | Dividend | K | T | Buy (add'l) | 03/08/18 | J | | |
| 475. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 476. | | | | | Buy (add'l) | 06/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 37

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

07/02/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 478. Texas Instruments Inc. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | B | |
| 479. | | | | | Sold (part) | 05/11/18 | J | A | |
| 480. | | | | | Sold (part) | 05/21/18 | J | A | |
| 481. | | | | | Sold (part) | 09/24/18 | J | A | |
| 482. | | | | | Sold (part) | 10/26/18 | J | A | |
| 483. Thornburg Ltd. | A | Dividend | N | T | | | | | |
| 484. TJX Companies Inc. | A | Dividend | K | T | Buy (add'l) | 04/11/18 | J | | |
| 485. Total System Services Inc. | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 486. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 487. Tyson Foods Inc. | A | Dividend | | | Sold (part) | 01/19/18 | J | A | |
| 488. | | | | | Sold (part) | 04/24/18 | J | A | |
| 489. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 490. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 491. | | | | | Sold (part) | 07/25/18 | J | A | |
| 492. | | | | | Sold | 07/26/18 | J | A | |
| 493. Ulta Beauty Inc. | A | Dividend | J | T | Buy | 11/09/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. U.S. Savings Bonds for ▊ | A | Interest | J | T | | | | | |
| 495. U.S. Treasury Bills | A | Interest | P1 | T | Buy (add'l) | 01/03/18 | L | | |
| 496. | | | | | Sold (part) | 01/04/18 | L | A | |
| 497. | | | | | Buy (add'l) | 01/17/18 | M | | |
| 498. | | | | | Sold (part) | 01/18/18 | L | A | |
| 499. | | | | | Sold (part) | 01/26/18 | M | A | |
| 500. | | | | | Sold (part) | 03/05/18 | M | A | |
| 501. US Bancorp. | A | Dividend | J | T | Sold (part) | 01/10/18 | J | B | |
| 502. | | | | | Sold (part) | 01/17/18 | J | A | |
| 503. | | | | | Sold (part) | 02/12/18 | J | B | |
| 504. US Foods Holding Corp. | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 505. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 506. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 507. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 508. | | | | | Sold (part) | 12/27/18 | J | A | |
| 509. Unitedhealth Group Inc. | A | Dividend | K | T | Buy (add'l) | 10/24/18 | J | | |
| 510. | | | | | Buy (add'l) | 12/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Vanguard Morgan Growth Fund Admiral Share | D | Dividend | M | T | | | | | |
| 512. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | O | T | Buy (add'l) | 05/01/18 | K | | |
| 513. Vanguard Windsor Fund Admiral Share | A | Dividend | N | T | | | | | |
| 514. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 515. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 516. Visa Inc. | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 517. Wal-mart Stores Inc. | A | Dividend | K | T | Buy (add'l) | 02/16/18 | J | | |
| 518. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 519. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 520. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 521. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 522. | | | | | Sold (part) | 10/24/18 | J | A | |
| 523. | | | | | Sold (part) | 11/21/18 | J | A | |
| 524. | | | | | Sold (part) | 12/24/18 | J | A | |
| 525. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 526. Westlake Chemical Corp. | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 527. | | | | | Buy (add'l) | 12/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 37

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

07/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  Westwood Income Oppty | F | Dividend | O | T | | | | | |
| 529.  Xerox Corp. | A | Dividend | J | T | Buy (add'l) | 10/15/18 | J | | |
| 530.  Xilinx Inc. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 531. | | | | | Sold (part) | 06/01/18 | J | A | |
| 532. | | | | | Sold (part) | 09/14/18 | J | B | |
| 533.  Zoetis Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4 of 37, Line 17; AB Multi-manager Alt Fd - The accounting firm made this transaction at the end of the calendar year and it didn't get reflected until this year.

Page 5 of 37, Line 18; AB Small Cap Core Portfolio - Last year, I mistakenly reported transactions in this fund with the transactions in AB International Small Cap Portfolio believing them to be the same.

Page 9 of 37, Line 89; Bernstein New York Municipal Portfolio - The accounting firm made this transaction at the end of the calendar year and it didn't get reflected until this year.

Page 19 of 37, Line 260; Garrett Motion Inc. - On October 1, 2018, Garrett Motion Inc. spun-off of Honeywell International Inc.

Page 21 of 37 Line 305; Ishares Russell 1000 - This holding was part of my ▌▌▌▌ trust. It passed to him some time durint the probate process in June 2018.

Page 28 of 37 Line 412; REF Partners, L.P. - On February 1, 2016, my ▌▌▌ capped out on his firm's cash balance plan and rolled the funds unto REF Partners, LP. I continued to report it last year as part of his firm's plan.

Page 28 of 37 Line 418; Resideo Technologies Inc. On October 29, 2018, Resideo Technologies Inc spin-off of Honeywell Insic Inc.

=====

As reported last year, there are holdings of my ▌▌▌ that he acquired many years ago. Since I have no way of further describing them, and in efforts of full disclosure, these holdings have been disclosed as a precaution rather than omitting them from the report even though he is not sure he still owns them. Although I have reported them this year, next year, to avoid further confusion, I will be deleting them from the report.

Page 17 of 37, Line 237; Empire State Municipal Exempt Fund
Page 23 of 37, Line 326; Lord Abbott Equity Fund
Page 23 of 37, Line 327; LMP Real Estate Income
Page 23 of 37, Line 328; LMP Stk Appr. Fund
Page 24 of 37, Line 353; Merrill Lynch 5 MITSR 168 mps
Page 31 of 37, Line 467; Seligman Communication Mutual Fund

=====

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl L. Pollak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544